**Motion Granted; Appeal Dismissed and Memorandum Opinion filed September 24, 2019.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-18-01098-CV

---

## IN THE MATTER OF THE MARRIAGE OF ROBERT LEE LASSER AND CASSANDRA LEE LASSER,

---

**On Appeal from the County Court at Law No. 2**
**Galveston County, Texas**
**Trial Court Cause No. 16-FD-3264**

---

## MEMORANDUM OPINION

This is an appeal from a judgment signed November 30, 2018. On September 17, 2019, appellant, Robert Lee Lasser, filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, we order the appeal dismissed.

PER CURIAM

Panel Consists of Justices Jewell, Bourliot, and Zimmerer.